IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01020-EWN-KLM

RUTH MONICA PEREA, FELICIA A. DIA, DESIREE M. LOPEZ,
& ANDRE A. ROBLEDO,

Plaintiffs,

v.

ACE CASH EXPRESS, INC.,

Defendant.

---

**ORDER TO STAY PROCEEDING AND FOR BINDING ARBITRATION**

---

This matter comes before the Court upon the Joint Motion to Stay and for Binding Arbitration. The Court having reviewed the matter, grants the Motion and orders as follows:

1. The parties shall proceed with binding arbitration pursuant to Defendant's Employment Dispute Resolution Program ("EDRP") with the Honorable Bruce Pringle through the Legal Resource Center in Denver, Colorado ("the Arbitrator"). The Parties shall be bound by Defendant's EDRP and the July 1, 2006 Employment Arbitration Rules ("the Rules") promulgated by the American Arbitration Association.

2. Plaintiffs' Verified Motion for Default judgment is hereby withdrawn by Plaintiffs.

3. Plaintiffs will submit to arbitration all disputes between the parties. Plaintiffs' claims shall be those set forth in their April 11, 2008 Complaint filed in the District Court, City and County

of Denver, Colorado. Any amendment of Plaintiffs' claim may be made under the Rules and with leave from the Arbitrator.

4. The parties shall seek a scheduling conference with the Arbitrator by August 1, 2008. The parties will seek deadlines to govern discovery, expert designation, dispositive motions, pre-hearing filings and other relevant events as identified by the Arbitrator and/or the parties. The parties also will seek a hearing date in spring 2009. The arbitration will be held at the Arbitrator's Cherry Creek, Colorado location.

5. Defendant will be limited to ten (10) depositions of fact witnesses and Plaintiffs will be limited to a total of five (5) depositions of fact witnesses, without the need to seek agreement from the other party or leave from the Arbitrator. The parties may endorse two experts per side and depose the experts.

6. Any disputes concerning discovery shall be resolved in accordance with the EDRP and the Rules.

7. Parties shall file status reports commencing August 1, 2008, and every 60 days thereafter.

So ORDERED this 20th day of June, 2008.

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge