IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01020-EWN-KLM

RUTH MONICA PEREA,
FELICIA A. DIA,
DESIREE M. LOPEZ, and
ANDRE A. ROBLEDO,

    Plaintiffs,

v.

ACE CASH EXPRESS, INC.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Parties' **Joint Motion to Reinstate Plaintiffs' "Verified Motion for Entry of Default Judgment" and Stipulation to Extension of Time for Defendant to Respond to Said Motion** [Docket No. 7; Filed May 20, 2008] and **Plaintiffs' Motion to Strike Two Motions Filed by Defendant Without Consent of Plaintiffs, for Remand, or if not Remanded, for Entry of Default Judgment** [Docket No. 11; Filed May 21, 2008].

    On June 20, 2008, Chief Judge Nottingham entered an Order staying this case and referring it to binding arbitration [Docket No. 30]. In his Order, Chief Judge Nottingham stated that Plaintiffs' Verified Motion for Default Judgment was withdrawn by Plaintiffs.

    Accordingly, IT IS HEREBY **ORDERED** that **Joint Motion to Reinstate Plaintiffs' "Verified Motion for Entry of Default Judgment" and Stipulation to Extension of Time for Defendant to Respond to Said Motion** [Docket No. 7; Filed May 20, 2008] and **Plaintiffs' Motion to Strike Two Motions Filed by Defendant Without Consent of Plaintiffs, for Remand, or if not Remanded, for Entry of Default Judgment** [Docket No. 11; Filed May 21, 2008] are **DENIED AS MOOT**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference currently set for July 7, 2008 is **VACATED**.

    Dated: June 23, 2008