IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-01020-CMA-KLM

RUTH MONICA PEREA,
FELICIA A. DIA,
DESIREE M. LOPEZ, and
ANDRE A. ROBLEDO,

    Plaintiff,

v.

ACE CASH EXPRESS, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Motion to Dismiss With Prejudice (Doc. # 40).  The Court having reviewed the file and being fully advised, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorneys' fees.

DATED:   June   1st  , 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge